IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


CYPRESS PHARMACEUTICAL, INC.                                      PLAINTIFF


VS.                                                    NO. 3:07cv108-TSL-JCS


TIBER LABORATORIES, LLC                                          DEFENDANT

### AGREED ORDER TO CONSOLIDATE

There came on for consideration Tiber Laboratories, LLC's ("Tiber") Motion to

Consolidate this case, Civil Action No. 3:07cv00108-TSL-JCS, with civil action styled *Tiber*

*Laboratories, LLC v. Cypress Pharmaceuticals, Inc. and G&S Enterprises, Inc. d/b/a Great*

*Southern Laboratories,* No. 3:07cv299-DPJ-JCS.  Upon agreement of all parties, the Court finds

that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that *Tiber Laboratories, LLC v. Cypress*

*Pharmaceuticals, Inc. and G&S Enterprises, Inc. d/b/a Great Southern Laboratories,* No.

3:07cv299-DPJ-JCS **shall be consolidated with** the present case, both for pretrial discovery and

trial, with all future pleadings and other matters filed in the present case, Civil Action No.

3:07cv00108-TSL-JCS.

**ORDERED,** this the 3rd day of July, 2007.


_s/ James C. Sumner_____
UNITED STATES MAGISTRATE JUDGE

**SUBMITTED BY:**

<u>s/Jason R. Bush</u>

William N. Reed, MB # 4689
Jason R. Bush, MB # 100451
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
A Professional Corporation
4268 I-55 North
Meadowbrook Office Park
Jackson, MS 39211
(601) 351-2400
<u>wreed@bakerdonelson.com</u>
<u>jbush@bakerdonelson.com</u>

Robert G. Brazier
GAMBRELL & STOLZ, LLP
Monarch Plaze, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, GA  30326
(404)577-6000
**<u>rbrazier@gambrell.com</u>**

**AGREED TO:**

<u>s/Mark J. Goldberg</u>
R. MARK HODGES (MSB # 2493)
HENRY E. CHATHAM, JR. (MSB# 5973)
MARK J. GOLDBERG (MSB #101874)
WISE CARTER CHILD & CARAWAY, P.A.
401 East Capitol Street, Suite 600
Post Office Box 651
Jackson, Mississippi 39205
Telephone: (601) 968-5500
Facsimile:  (601) 968-5519
**Of Counsel:**
Eric J. Marandett (BBO #561730)
Richard Abati (BBO #651037)
Choate, Hall & Stewart, LLP
Boston, MA 02110
617-248-5000
*Attorneys for CYPRESS PHARMACEUTICAL, INC.*